# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO ORTEGA, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, a California corporation; PRIMARY FINANCIAL SERVICES, LLC; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and DOES 1 through 20,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 09 CV 1531 JM (NLS)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Doc. No. 7 |

　　　　Pending before the court is Defendant Wells Fargo Bank's motion to dismiss. (Doc. No. 7). On December 2, 2009, however, Plaintiff filed a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a). Therefore, the court hereby DENIES AS MOOT Defendant's motion to dismiss.

　　　　**IT IS SO ORDERED.**

DATED: December 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge