# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO ORTEGA, an individual,<br><br>                                       Plaintiff,<br>   vs.<br><br>WELLS FARGO BANK, a California corporation; PRIMARY FINANCIAL SERVICES, LLC; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and DOES 1 through 20,<br><br>                                       Defendants. | CASE NO. 09 CV 1531 JM (NLS)<br><br>**ORDER GRANTING LEAVE TO FILE LATE OPPOSITION**<br><br>Doc. No. 16 |

Pending before the court is Plaintiff's ex parte application for leave to file a late opposition to Defendant's motion to dismiss the first amended complaint. (Doc. No. 16). Finding good cause, the court hereby GRANTS Plaintiff leave to file an opposition no later than January 22, 2010. Defendants shall file any reply no later than January 29, 2010. At that point, the court will take the matter under submission without oral argument. *See* CivLR 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: January 25, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge